UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                       Case No. 07-Cr-30

ALAN L. SIMMONS, JR.,
a/k/a "Deek,"

    Defendant.

---

ORDER RESTRICTING DEFENDANT'S USE OF JAIL PHONES

---

    IT IS HEREBY ORDERED that defendant, Alan L. Simmons, a/k/a "Deek," is temporarily restricted from using the inmate phone system at the Milwaukee County Criminal Justice Facility, or any other facility where he is federally detained, for any purpose other than to contact his lawyer.

    This order shall remain in effect until the hearing scheduled in this matter for March 29, 2007, or until further order of the Court.

    Dated at Milwaukee, Wisconsin this <u>26th</u> day of March, 2007.

                                                s/Aaron E. Goodstein
                                                United States Magistrate Judge