UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**
        Plaintiff**,**

**-vs-**
                              **Case No. 07-CR-30**

**ALAN SIMMONS,**
        Defendant**.**

---

## ORDER

    IT IS HEREBY ORDERED that Alan Simmons' access to jail phones is reinstated. Mr. Simmons shall be removed from segregation forthwith.

    Dated at Milwaukee, Wisconsin this <u>5th</u> day of April, 2007.

                                                      <u>s/AARON E. GOODSTEIN</u>
                                                      U.S. Magistrate Judge