UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**
        Plaintiff**,**

  v.

                                      Case No. 07-CR-30

**ALAN SIMMONS,**
        Defendant**.**

---

## ORDER

Upon receipt this date of a communication from Attorney Robert LeBell, counsel for the defendant, indicating his current health status,

IT IS HEREBY ORDERED that the briefing in this matter following the evidentiary hearing held on July 27, 2007 shall be reinstated. Simultaneous briefs are due no later than **August 20, 2007**; and response briefs are due **August 27, 2007.**

Dated at Milwaukee, Wisconsin this <u>7th</u> day of August, 2007.

                                                      s/AARON E. GOODSTEIN
                                                      U.S. Magistrate Judge